1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rachel Wolf,** | Case No. 2:15-cv-02120-JAK-FFM |
| Plaintiff, | ORDER RE NOTICE OF SETTLEMENT AND ORDER DISMISSING CASE WITHOUT PREJUDICE JS-6 |
| v. | |
| **Annette Scherr**, | |
| Defendant. | |

The Parties report that they have reached terms of settlement in this matter and have requested that all currently set dates be taken off calendar pending finalization of the Parties' settlement agreement and filing of a stipulation of dismissal.

In light of the parties' Notice of Settlement, the Court orders that the action is dismissed without prejudice. The Court retains jurisdiction to vacate this Order and to reopen the action within 90 days from the date of this Order; provided, however, any request by any party(ies) that the Court do so, shall make a showing of good cause as to why the settlement has not been completed within the 90-day period, what further settlement processes are necessary, and when

1

Order re: Notice of Settlement

1  the party(ies) making such a request reasonably expect the process to be

2  concluded. This Order does not preclude the filing of a stipulation of dismissal

3  with prejudice pursuant to Fed. R. Civ. P. 41, which does not require the approval

4

5  of the Court. Such a stipulation shall be filed within the aforementioned 90-day

6  period, or by such later date ordered by the Court pursuant to a stipulation by the

7  parties that conforms the requirements of a showing of good cause stated above.

8  Accordingly, Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Dkt.

9  15) is MOOT.

10

11  IT IS SO ORDERED.

12

13  Dated: September 25, 2015

Hon. John A. Kronstadt
United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Order re: Notice of Settlement